710

*Carson, Giles J. Patterson, F. M. Hudson* and *M. L. Mershon* for respondent.

No. 405. SWANSON *v.* MARRA BROTHERS, INC. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Abraham E. Freedman* and *Charles Lakatos* for petitioner. *Messrs. Joseph W. Henderson* and *George M. Brodhead* for respondent.

No. 408. MONTGOMERY WARD & CO., INC. ET AL. *v.* UNITED STATES. See *ante,* p. 690.

No. 452. COMMISSIONER OF INTERNAL REVENUE *v.* FISHER ET AL., EXECUTORS, ET AL. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Acting Solicitor General Judson* for petitioner. *Messrs. Benjamin E. Jaffe* and *R. M. O'Hara* for respondents.

No. 393. COLLINS ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals granted. *Messrs. Allen P. Dodd, Sr., Max O'Rell Truitt* and *Mac Asbill* for petitioners. *Acting Solicitor General Judson* for respondent.

No. 400. UTAH JUNK CO. *v.* BOWLES, PRICE ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals granted.